United States Bankruptcy Court
Central District of California

Goodrich,
    Plaintiff
                                        Adv. Proc. No. 17-01068-ER

Kuehne + Nagel, Inc., a New York corpora,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: llomeliC              Page 1 of 1                   Date Rcvd: Aug 30, 2017
                            Form ID: pdf031             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
pla             David M. Goodrich,    Sulmeyer Kupetz, A Professional Corporat,    333 South Hope Street,
                 Thirty Fifth Floor,    Los Angeles, CA   90071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft              Kuehne + Nagel, Inc., a New York corporation
                                                                                             TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2017 at the address(es) listed below:
              David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com
              Mark S Horoupian    on behalf of Plaintiff David M. Goodrich mhoroupian@sulmeyerlaw.com,
               ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.c
               om
              Paul R Shankman    on behalf of Defendant   Kuehne + Nagel, Inc., a New York corporation
               pshankman@jhindslaw.com
              Steven   Werth    on behalf of Plaintiff David M. Goodrich swerth@sulmeyerlaw.com,
               asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.info
               ruptcy.com;swerth@ecf.inforuptcy.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 5

1  Mark S. Horoupian (CA Bar No. 175373)
   *mhoroupian@sulmeyerlaw.com*
2  Steven F. Werth (CA Bar No. 205434)
   *swerth@sulmeyerlaw.com*
3  SulmeyerKupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520

**FILED & ENTERED**

**AUG 30 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

General Bankruptcy Counsel for
David M. Goodrich, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SHASA USA LLC,<br><br>            Debtor. | Case No. 2:15-bk-11688-ER<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01068-ER |
| DAVID M. GOODRICH, Chapter 7 Trustee,<br><br>            Plaintiff,<br>v.<br><br>KUEHNE + NAGEL, INC., a New York corporation,<br><br>            Defendant. | **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING**<br><br>**Pretrial Conference Information:**<br><br>Date: September 12, 2017<br>Time: 11:00 a.m.<br>Place: Courtroom 1568<br>  Roybal Federal Building<br>  255 East Temple Street<br>  Los Angeles, CA  90012 |

Based upon this Court's review of the *Stipulation To Dismiss Adversary Proceeding* filed in the above-captioned adversary proceeding on August 29, 2017 [Docket No. 13] ("Stipulation"), and for good cause, it is hereby **ORDERED** as follows:

    1.    The Stipulation is approved;

    2.    The above-captioned adversary proceeding is dismissed, with prejudice; and

/ / /

/ / /

/ / /

ALS\ 2604272.1

3. The pretrial conference in this adversary proceeding set for September 12, 2017 at 11:00 a.m., as well as all dates set forth in this Court's *Scheduling Order* entered on April 13, 2017 [Docket No. 11] are hereby taken off calendar.

**IT IS SO ORDERED.**

# # #

Date: August 30, 2017

Ernest M. Robles
United States Bankruptcy Judge

ALS\ 2604272.1          - 2 -